Appeal No. 2014-1071

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

IMPLANT DIRECT INT'L,

*Appellant,*

v.

CLEAR CHOICE HOLDINGS, LLC

*Appellee,*

**On Appeal from the United States Patent and Trademark Office Trademark Trial and Appeal Board**
**Opposition No. 91190485**

## IMPLANT DIRECT INT'L'S MOTION TO WITHDRAW ITS APPEAL

Appellant Implant Direct Int'l ("Implant Direct") respectfully moves for this Court to dismiss its Appeal.

In support of this motion, Implant Direct states as follows:

1. Implant Direct's opening brief on appeal was filed on January 31, 2014.

2. Appellee Clear Choice Holding's opposition brief, currently due for filing by March 17, 2014, is as yet unfiled.

3. As set forth in the supporting Declaration of Patrick F. Bright, Implant Direct moves to withdraw this appeal.

For the foregoing reasons, Appellant respectfully requests that the Court dismiss this appeal. A proposed order is attached.

Dated: March 11, 2014
/s/ Patrick F. Bright
Patrick F. Bright

WAGNER, ANDERSON & BRIGHT, P.C.
3541 Ocean View Blvd.
Glendale, CA 91208
(818)249-9300
pbright@patentattorney.us
*Attorneys for Appellant*
*Implant Direct Int'l*

Appeal No. 2014-1071

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IMPLANT DIRECT INT'L,

*Appellant,*

v.

CLEAR CHOICE HOLDINGS, LLC

*Appellee,*

**On Appeal from the United States Patent and Trademark Office Trademark Trial and Appeal Board Opposition No. 91190485**

## DECLARATION OF PATRICK F. BRIGHT IN SUPPORT OF IMPLANT DIRECT'S MOTION TO WITHDRAW ITS APPEAL

I, Patrick F. Bright declare as follows:

1. I am an attorney in the law firm of Wagner, Anderson & Bright, PC and am counsel for Appellant Implant Direct Int'l ("Implant Direct") in the above-captioned case. I provide this declaration upon personal knowledge and, if called upon as a witness, would testify competently as to the matters recited herein.

2. I submit this declaration in support of the Implant Directs's motion to withdraw its appeal.

3. Implant Direct's opening brief on appeal was filed on January 31, 2014.

4. Appellee Clear Choice Holding's opposition brief, currently due for filing by March 17, 2014, is as yet unfiled.

5. Our client, Implant Direct, moves to withdraw this appeal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 11, 2014

/s/ *Patrick F. Bright*
Patrick F. Bright

WAGNER, ANDERSON & BRIGHT, P.C.
3541 Ocean View Blvd.
Glendale, CA 91208
(818)249-9300
pbright@patentattorney.us
*Attorneys for Appellant*
*Implant Direct Int'l*

Appeal No. 2014-1071

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

IMPLANT DIRECT INT'L,

*Appellant,*

v.

CLEAR CHOICE HOLDINGS, LLC

*Appellee*

**On Appeal from the United States Patent and Trademark Office Trademark Trial and Appeal Board
Opposition No. 91190485**

## [PROPOSED] ORDER

Upon consideration of Implant Direct's Motion To Withdraw its Appeal, IT IS HEREBY ORDERED that the motion is GRANTED. Implant Direct's appeal is dimissed.

_____　　　　　　　_____
　　　　Date　　　　　　　　　　　　　　　　For the Court

# IMPLANT DIRECT INT'L'S CERTIFICATE OF INTEREST

Counsel for the Appellant, Implant Direct Int'l certifies the following:

1. **The full name of every party represented by me is:** Implant Direct Int'l

2. **The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:** Implant Direct Sybron International

3. **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:** N/A

4. **The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

   Patrick F. Bright, Esq. of Wagner, Anderson & Bright, P.C.

Dated: March 11, 2014                     Respectfully submitted,


                                          /s/ Patrick F. Bright
                                          Patrick F. Bright

                                          WAGNER, ANDERSON & BRIGHT, P.C.
                                          3541 Ocean View Blvd.
                                          Glendale, CA 91208
                                          (818)249-9300
                                          pbright@patentattorney.us
                                          *Attorneys for Appellant*
                                          *Implant Direct Int'l*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2014, I filed or caused to be filed Implant Direct's Motion to Withdraw Its Appeal with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served or caused to be served a copy on all counsel of record by the CM/ECF system.

Dated: March 11, 2014

*/s/ Patrick F. Bright*
Patrick F. Bright

WAGNER, ANDERSON & BRIGHT, P.C.
3541 Ocean View Blvd.
Glendale, CA 91208
(818)249-9300
pbright@patentattorney.us
*Attorneys for Appellant*
*Implant Direct Int'l*